UNITED STATES of America

v.

William F. BRADLEY, a/k/a Franklin Bradley

William F. Bradley, Appellant in No. 97–5462.

United States of America

v.

Jackie R. Mattison, Appellant in No. 97–5464.

Nos. 97–5462, 97–5464.

United States Court of Appeals, Third Circuit.

Argued Feb. 17, 1999

Opinion filed April 19, 1999

Order Filed: Aug. 10, 1999

Before: GREENBERG, ROTH, and LOURIE,* Circuit Judges.

---

* Honorable Alan D. Lourie, Circuit Judge of the United States Court of Appeals for the Federal Circuit, sitting by designation.

## ORDER AMENDING OPINION

It is hereby ordered that the ninth word of the second sentence of the jury instruction which is quoted on pages 10 and 11 of the slip opinion in this case and published as *United States v. Bradley,* 173 F.3d 225, 231 (3d Cir.1999), is amended to the end that "to" replaces "of" in the sentence. Thus, the sentence will read: "The public official need not fulfill the promise to the payor...."